■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL CLASS, Appellant.—Judgment, Supreme Court, New York County (Thomas Galligan, J.), rendered on February 24, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Asch, Milonas, Kassal and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE LONDONO, Appellant.—Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered on November 18, 1987, unanimously affirmed. Motion by appellant for leave to file a supplemental *pro se* brief is denied. No opinion. Concur—Kupferman, J. P., Milonas, Kassal, Ellerin and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERIBERTO GUZMAN, Also Known as HERBERTO GUZMAN, Appellant.—Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered on June 8, 1984, unanimously affirmed. With respect to the issue of the qualification of the hearing-impaired juror, we affirm for the reasons stated by Budd Goodman, J. No opinion. Concur—Sullivan, J. P., Asch, Milonas, Rosenberger and Wallach, JJ.